Farhad Novian (SBN 118129)
Alexander Kandel (SBN 306176)
Novian & Novian LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Leah Flores, an individual, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-02067-JVS-MAA |
| v. | |
| Fashion Marketing and Merchandising Group, Inc., a California corporation; Mingzhi Hu, an individual; and DOES 1 through 10, inclusive, | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Fashion Marketing and Merchandising Group, Inc. and Mingzhi Hu

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Leah Flores.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 4/15/2021 | /s/ Farhad Novian |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*