| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| FARHAD NOVIAN (SBN 118129)<br>farhad@novianlaw.com<br>ALEXANDER KANDEL (SBN 306176)<br>alexanderk@novianlaw.com<br>NOVIAN & NOVIAN LLP<br>1801 Century Park East, Suite 1201<br>Los Angeles, California 90067<br>Telephone: (310) 553-1222 | |
| ATTORNEY(S) FOR: LEAH FLORES | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH FLORES, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong business entity; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-2067-JVS-MAA<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          LEAH FLORES
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LEAH FLORES | Plaintiff |
| ZOETOP BUSINESS CO. | Defendant |

| | |
|---|---|
| 04/15/2021<br>Date | /s/ Farhad Novian<br>Signature |

Attorney of record for (or name of party appearing in pro per):

LEAH FLORES