1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREENBERG TRAURIG, LLP
Nina D. Boyajian (SBN 246415)
BoyajianN@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

GREENBERG TRAURIG, LLP
Soyeon Jeong (SBN 325688)
jeongs@gtlaw.com
4 Embarcardero Center, Suite  3000
San Francisco, CA 94111
Tel: 415-655-1300; Fax: 415-707-2010

Attorneys for Defendant
ZOETOP BUSINESS CO., LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LEAH FLORES, and individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong business entity; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO.: 2:21-cv-02067-JVS-MAA<br><br>**DEFENDANT ZOETOP BUSINESS CO., LIMITED'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Judge:          Hon. James V. Selna<br>Action Filed:  March 5, 2021<br>FAC Filed:     April 15, 2021 |

*ACTIVE57324428*

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant ZOETOP BUSINESS CO., LIMITED ("Zoetop"), certifies that Zoetop is a private Hong Kong Company with no operating parent company and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Zoetop, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff, Leah Flores

2. Defendant, Zoetop Business Co. Ltd.


Date: May 7, 2021                    GREENBERG TRAURIG, LLP


By: _/s/ Nina D. Boyajian_____
        Nina D. Boyajian
        Attorneys for Defendant Zoetop Business Co.,
        Limited

1

ACTIVE57324428