FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
ALEXANDER KANDEL (SBN 306176)
alexanderk@novianlaw.com
**NOVIAN & NOVIAN LLP**
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone:  (310) 553-1222
Facsimile:   (310) 553-0222

JS-6

Attorneys for Plaintiff LEAH FLORES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEAH FLORES, an individual,<br><br>            Plaintiff,<br>      v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong business entity; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: 2:21-2067-JVS (MAAx)<br><br>**ORDER GRANTING JUDGMENT AND PERMANENT INJUNCTION ON ACCEPTED OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>Date: June 2, 2021<br>Judge: James V. Selna<br><br>Action Filed: March 5, 2021<br>Amended Complaint Filed: April 15, 2021 |

ORDER GRANTING JUDGMENT AND PERMANENT INJUNCTION ON ACCEPTED
OFFER OF JUDGEMENT PURSUANT TO FED. R. CIV. P. 68

1  WHEREAS on May 21, 2021, Defendant ZOETOP BUSINESS CO., LIMITED ("Defendant") made an Offer of Judgment to Plaintiff LEAH FLORES ("Plaintiff") pursuant to Rule 68.

WHEREAS on June 1, 2021, Plaintiff accepted Defendant's Offer of Judgment pursuant to Rule 68.

WHEREAS Plaintiff and Defendant (collectively, the "Parties"), have agreed to finally resolve all of Plaintiff's claims against Defendant in the above-captioned litigation (the "Litigation").

WHEREAS the resolution of these disputes includes any potential claim by Plaintiff for damages and attorney's fees and costs incurred to date in connection with the Litigation; and

WHEREAS the Plaintiff and Defendant have agreed to entry of a Judgment and Permanent Injunction on the following terms;

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment against Defendant in this Action on behalf of Plaintiff in the amount of $40,000 inclusive of all damages, attorney's fees, costs, prejudgment interest, statutory damages or trebling, punitive or exemplary damages, and any other monetary recovery sought, to be paid pursuant to terms agreeable to both Plaintiff and Defendant, which shall be in resolution of any and all claims alleged by Plaintiff in this action.

2. Defendant is hereby permanently enjoined and restrained from manufacturing, advertising, marketing, distributing, selling, or offering for sale in the United States the following products:
   a. SKU shdecor18200525508 (home décor wall art);
   b. SKU shpillow18210113156 (striped pillow); and
   c. SKU shpillow18210222935 (beach pillow).

ORDER GRANTING JUDGMENT AND PERMANENT INJUNCTION ON ACCEPTED OFFER OF JUDGEMENT PURSUANT TO FED. R. CIV. P. 68

3. Any claims for damages and attorneys' fees and costs related to this Litigation and incurred through the date of entry of this Judgment and Permanent Injunction have been resolved between the Parties and are hereby disposed of by this Order. Nothing herein will be construed to prohibit Plaintiff from seeking its attorneys' fees and costs in connection with any actions taken to enforce this Judgment and Permanent Injunction in the future and nothing herein will be construed to prohibit Defendant from opposing such a request.

4. This Court will maintain continuing jurisdiction over this action for the purpose of enforcing this Judgment and Permanent Injunction and Settlement Agreement. Plaintiff is authorized to seek to enforce the terms of this Judgment and Permanent Injunction, and Plaintiff will be entitled to its reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Judgment and Permanent Injunction based on Defendant's failure to comply, in any way, with its obligations set forth within.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**SO ORDERED** this 3d day of June 2021.

_____
James V. Selna
United States District Judge

ORDER GRANTING JUDGMENT AND PERMANENT INJUNCTION ON ACCEPTED OFFER OF JUDGEMENT PURSUANT TO FED. R. CIV. P. 68